AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br>LINDSAY ANNE MOFFATT<br><br>*Defendant* | )<br>)  Case No.  MJ26-001<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LINDSAY ANNE MOFFATT                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Assault on a Federal Officer, in violation of Title 18, United States Code, Section 111(a), and Improper Entry by Alien, in violation of Title 8, United States Code, Section 1325(a)(1).

Date:   01/01/2026

*Issuing officer's signature*

City and state:   Bellevue, Washington

Grady J. Leupold, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/01/2026, and the person was arrested on *(date)* 01/02/2026
at *(city and state)* Seattle, WA.

Date: 01/02/2026

*Arresting officer's signature*

Ryan Robles DUSM
*Printed name and title*